IT IS SO ORDERED.
/s *David A. Ruiz*
U.S. District Judge
August 17, 2023

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROBERTA LINDENBAUM**, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **ALPHA GAS AND ELECTRIC, LLC**, a New York limited liability company, and **JOHN DOE CORPORATIONS 1-10**, <br><br> *Defendants*. | Case No.: 1:21-cv-1922-DAR <br><br> JUDGE DAVID A. RUIZ <br><br> **ORDER REGARDING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

PLAINTIFF, Roberta Lindenbaum, and the DEFENDANT, Alpha Gas and Electric, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal with prejudice of PLAINTIFF Roberta Lindenbaum's claims against DEFENDANT Alpha Gas and Electric, LLC. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Dated: August 16, 2023                    Respectfully submitted,

*/s/ Adam T. Savett*                       */s/ Motty Shulman*
Adam T. Savett                             Motty Shulman (*pro hac vice*)
**SAVETT LAW OFFICES LLC**                 **CENTRICITY LAW PLLC**
2764 Carole Lane                           Email: ms@centricitylegal.com
Allentown, Pennsylvania 18104
Tel: (610) 621-4550                        *Attorneys for Defendant Alpha Gas and*
Fax: (610) 978-2970                        *Electric, LLC*
Email: adam@savettlaw.com

*Attorneys for Plaintiff Roberta Lindenbaum*